3 A.3d 1225

ANDREW FAUCETT, PLAINTIFF–MOVANT, v. DARIANA VASQUEZ, DEFENDANT.

September 23, 2010.

436

Denied.